UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. C17-5696 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. 5), and Plaintiff Gary Casterlow-Bey's ("Plaintiff") objections to the R&R (Dkt. 6).

On October 10, 2017, Judge Fricke issued the R&R recommending that the Court dismiss Plaintiff's complaint because it fails to state a claim upon which relief may be granted. Dkt. 5. On October 25, 2017, Plaintiff filed objections. Dkt. 6.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, the Court concludes that Plaintiff's objections are without merit. Plaintiff continues to argue that he may sue the federal government requesting that the government (1) identify his nationality of "Moorish-American" on his birth certificate, (2) eradicate the association of slave names, and (3) remit reparations. None of these assertions states a valid claim for relief. Therefore, the Court having considered the R&R, Plaintiff's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted,

(3) For purposes of 28 U.S.C. § 1915(g), Plaintiff is incarcerated and detained; and

(4) The Clerk shall close this case.

Dated this 17th day of November, 2017.

BENJAMIN H. SETTLE
United States District Judge